

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

July 2, 2020

Re: Jacob Daneshrad et al v. Trean Group, LLC et al

USDC Case Number: **20cv3887**
This is to advise the parties that the above titled case has been electronically transferred to the Northern District of Illinois from the California Central   The case has been assigned number 20cv3887   to the Honorable Jorge L. Alonso .

The purpose of this letter is to inform you that the Local Rule 83.15 of this Court requires that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court.

For further information, you may visit our website address at:   www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

>                                Sincerely yours,
>                                Thomas G. Bruton, Clerk
>
>
>                       By:      /s/ N. Finley
>                                    Deputy Clerk

Rev. 09/21/2017