# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jacob Daneshrad et al,

Plaintiff(s),

v.

Trean Group, LLC et al,

Defendant(s).

Case No. 20 C 3887

Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☑ in favor of defendant(s) Trean Group, LLC, Nancy Stubenrauch, Mark Frantz,
and against plaintiff(s) Jacob Daneshrad, Joseph Daneshrad, Hasan Blurfrushan

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge                                presiding, and the jury has rendered a verdict.
☐ tried by Judge                               without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso. on a motion.

Date: 2/15/2022

Thomas G. Bruton, Clerk of Court

Lesley Fairley                , Deputy Clerk